IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-15-5248-M-JCL |
| | CVB Violation No: |
| Plaintiff, | FAJD003C |
| vs. | ORDER DISMISSING |
| | AND VACATING TRIAL |
| TAMRYN N. STRICKRODT, | |
| Defendant. | |

The United States of America has moved to dismiss this matter with prejudice. Accordingly,

IT IS ORDERED that this case is **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the trial set for October 6, 2016 at 10:00 a.m. is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DATED this 13th day of September, 2016.

Jeremiah C. Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER DISMISSING AND VACATING TRIAL     1